IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

CARLO W. OBREGON                                                   PLAINTIFF

v.                          No. 3:17-cv-156-DPM

CAPITAL QUARRIES COMPANY,
INC., owned or held by Farmer Holding
Company, Inc.; and FARMER HOLDING
COMPANY, INC.                                                     DEFENDANTS

ORDER

Farmer Holding Company's motion, № 6, is granted with a caveat. On the current record, there's no personal jurisdiction, general or specific. *Epps v. Stewart Information Services Corporation*, 327 F.3d 642, 646–47 (8th Cir. 2003). Obregon's claims against Farmer Holding Company, Inc. are therefore dismissed without prejudice.

Obregon, though, may explore Capital Quarries Company, Inc.'s relationships in discovery. And if a related entity was involved in the alleged discrimination, then Obregon should file a timely motion to amend with a proposed amended complaint (changes in redline). The amended complaint must give particulars on any involvement and on why this Court has personal jurisdiction. The deadline for a motion to amend will be in the Court's final scheduling order.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

4 August 2017