# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CARLO W. OBREGON                                             PLAINTIFF

v.                          No. 3:17-cv-156-DPM

CAPITAL QUARRIES COMPANY,
INC., owned or held by Farmer Holding
Company, Inc.                                                DEFENDANT

## ORDER

The Court received the attached letter from Obregon's attorney.

The Court notes and appreciates the status report.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

28 March 2018

# Larry J. Steele

**ATTORNEY AT LAW**
115 S.W. Second, P.O. Box 561
WALNUT RIDGE, AR 72476-0561
e-mail: steelelaw7622@sbcglobal.net

PHONE: (870) 886-5840

FAX: (870) 886-5873

**VIA EMAIL**
*dpmchambers@ared.uscourts.gov*

March 27, 2018

Honorable D. P. Marshall, Jr.
U.S. District Court
Eastern District of Arkansas
600 West Capitol Avenue, Room B149
Little Rock, AR 72201

      RE:    Carlo W. Obregon v. Capital Quarries Company, Inc.
              Case No. 3:17-cv-00156

Dear Judge Marshall:

      The Plaintiff in the above matter has just given Defendants notice for depositions.

Sincerely,

*Larry J. Steele*

Larry J. Steele

LJS/jas
Cc:    Michael S. Moore (via email)