# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CARLO W. OBREGON                                                PLAINTIFF

v.                              No. 3:17-cv-156-DPM

CAPITAL QUARRIES COMPANY,
INC., owned or held by Farmer Holding
Company, Inc.                                                   DEFENDANT

## ORDER

The Court thanks the parties for their concise joint report. The Court has read Obregon's incomplete deposition. There's no need for a hearing. Capital is entitled to pin Obregon down (insofar as memory allows) on who, what, where, and when. But Obregon must be allowed to answer without interruption—so long as he is being responsive, which he must do his best to be. If Obregon can't recall certain details, then that will be his locked-in testimony, for better or for worse. Please avoid any more speaking objections. And counsel must be more patient with each other in general. The deposition should be reconvened on a mutually convenient date at an agreed location. No sufficient basis exists for the Court to supervise the able and experienced lawyers on each side of this case. Call the Court mid-deposition if another dispute arises, notwithstanding best efforts to be collegial. Discovery dispute, № 21, resolved.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

*20 August 2018*