# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CARLO W. OBREGON                                              PLAINTIFF

v.                         No. 3:17-cv-156-DPM

CAPITAL QUARRIES COMPANY,
INC., owned or held by Farmer Holding
Company, Inc.                                                 DEFENDANT

## ORDER

For the reasons stated on the record at the 18 January 2019 telephone conference, Capital's motion for summary judgment, № 24, is denied without prejudice. Obregon has good cause to file an amended complaint adding new claims and bringing in Waters as a plaintiff. Amended complaint due by 1 February 2019. Obregon must expedite receipt of Waters's right-to-sue letter from the EEOC. An amended Final Scheduling Order will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

18 January 2019