IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

CARLO W. OBREGON
and SAMUEL WATERS                                              PLAINTIFFS

v.                        No. 3:17-cv-156-DPM

CAPITAL QUARRIES COMPANY, INC.,
owned or held by Farmer Holding
Company, Inc.; and FARMER HOLDING
COMPANY, INC.                                                  DEFENDANTS

## JUDGMENT

All claims against Farmer Holding Company, Inc. are dismissed without prejudice. All of Obregon's and Waters's federal law claims are dismissed with prejudice. All their state law claims are dismissed without prejudice.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 December 2019